UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES, | ) |
|         Plaintiff | ) |
| v. | )   1:21-mc-00320-LEW |
| MACHIAS SAVINGS BANK, | ) |
|         Defendant | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 6, 2022, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Motion to Compel Compliance with Subpoena. The time within which to file objections has expired with no objection having been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

The Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. Defendant is ORDERED to comply with the subpoena.

**SO ORDERED.**

Dated this 24th day of January, 2022.

                                              /s/ Lance E. Walker
                                        UNITED STATES DISTRICT JUDGE